# Court of Appeals
# of the State of Georgia

ATLANTA,  March 18, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0050. LAWYER HENDERSON v. BACONFILED II ASSOCIATES d/b/a OAK RIDGE TRACE APARTMENTS.**

Upon consideration of the Rule 40 (b) motion that was filed in this Court on March 18, 2024, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  03/18/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*